UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Cause No. 3:09-00109-02 |
| HOLLYE ATKINSON, | ) | JUDGE TODD CAMPBELL |
| Defendant, | ) | |
| KX RESOURCES, INC. | ) | |
| Garnishee. | ) | |

## ORDER TO TERMINATE WRIT OF GARNISHMENT

Plaintiff's Motion to terminate the writ of garnishment issued by this Court on February 5, 2014 is hereby GRANTED.

The Defendant, having satisfied restitution ordered in this matter, shall be released from garnishment immediately. Plaintiff shall notify Defendant and Garnishee of this Order and any surplus funds in possession of the U.S. District Clerk's Office shall be returned to Defendant.

It is so ORDERED.

ENTERED this the _____ day of _____, 2014.

_____
TODD CAMPBELL
JUDGE, U.S. DISTRICT COURT